# Exhibit A





By Royal Charter

# EC Certificate - Full Quality Assurance System

Directive 93/42/EEC on Medical Devices, Annex II excluding Section 4

| | |
|---|---|
| **No.** | **CE 619294** |
| Issued To: | **Cytori Ltd** |
| | **Deeside Industrial Park East Unit 68** |
| | **Third Avenue** |
| | **Deeside** |
| | **CH5 2LA** |
| | **United Kingdom** |

In respect of:

**The design, development, manufacture and final inspection of the Celution 800 Cell Processing Device, Celution 805 Consumable Set, Celase reagent and Intravase reagent**

on the basis of our examination of the quality assurance system under the requirements of Council Directive 93/42/EEC, Annex II excluding section 4. The quality assurance system meets the requirements of the directive. For the placing on the market of class III products an Annex II section 4 certificate is required.

For and on behalf of BSI, a Notified Body for the above Directive (Notified Body Number 0086):

_Pietro Foschi_

Pietro Foschi - Strategic Delivery Director

First Issued: **08 December 2014**    Date: **08 December 2014**    Expiry Date: **07 December 2019**

...making excellence a habit.™

Page 1 of 2

Validity of this certificate is conditional on the quality system being maintained to the requirements of the Directive as demonstrated through the required surveillance activities of the Notified Body. This approval excludes all products designed and/or manufactured by a third party on behalf of the company named on this certificate, unless specifically agreed with BSI.

This certificate was issued electronically and is bound by the conditions of the contract.

Information and Contact: BSI, Kitemark Court, Davy Avenue, Knowlhill, Milton Keynes MK5 8PP. Tel: + 44 845 080 9000
BSI Assurance UK Limited, registered in England under number 7805321 at 389 Chiswick High Road, London W4 4AL, UK.
A member of BSI Group of Companies

[ 2.5.1.1.2 ] [BSI CE Certificate 619294_Cytori Ltd_Exp Date 7 Dec 2019.pdf] [ Page 1 of 2 ]

Exhibit A - Page 29





By Royal Charter

# EC Certificate - Full Quality Assurance System

**Supplementary Information to CE 619294**

Issued To:
**Cytori Ltd**
**Deeside Industrial Park East Unit 68**
**Third Avenue**
**Deeside**
**CH5 2LA**
**United Kingdom**

**Devices/device categories included in the certificate:**
The Celution 800 Cell Processing Device and Celution 805 Consumable Set are intended to digest adipose tissue in order to further extract, wash and concentrate stromal stem cells and other associated progenitor cells intended for autologous re-implantation or re-infusion.

Class IIa:
Celution 805 Consumable Set

Class IIb:
Celution 800 Cell Processing Device
Intravase 6mg

Class III:
Celase blended proteolytic enzyme 35mg

The Celution 800/IV System:
Is indicated to digest adipose tissue in order to further extract, wash and concentrate stromal stem cells and other associated progenitor cells intended for autologous re-implantation or re-infusion.

The Celution 800/CRS System is indicated for:
Plastic & Reconstruction Procedures to replace, repair, reconstruct, or augment:
• Surgical soft tissue defects (defects up to 150 mL in size and augment up to 260 mL of volume), such as those seen in the breast due to mastectomies and lumpectomies
• Liposuction defects, such as those seen in the abdomen, back, thighs and buttocks
• Congenital asymmetry of soft tissues, such as those seen in the breast or face
• Anatomically deficient soft tissues, such as those seen in the breast, buttocks and face
• Soft tissue wasting disorders, such as those affecting the hands and face

First Issued: **08 December 2014**       Date: **08 December 2014**       Expiry Date: **07 December 2019**

...making excellence a habit.™
Page 2 of 2

Validity of this certificate is conditional on the quality system being maintained to the requirements of the Directive as demonstrated through the required surveillance activities of the Notified Body. This approval excludes all products designed and/or manufactured by a third party on behalf of the company named on this certificate, unless specifically agreed with BSI.
This certificate was issued electronically and is bound by the conditions of the contract.

Information and Contact: BSI, Kitemark Court, Davy Avenue, Knowlhill, Milton Keynes MK5 8PP. Tel: + 44 845 080 9000
BSI Assurance UK Limited, registered in England under number 7805321 at 389 Chiswick High Road, London W4 4AL, UK.
A member of BSI Group of Companies.

[2.5.1.1.2] [BSI CE Certificate 619294_Cytori Ltd_Exp Dec 7 2019.pdf] [Page 2 of 2]

Exhibit A - Page 30

# Exhibit B



# EXHIBIT 4



## COMMERCIAL INVOICE

| March 20, 2019<br>Page 1 of 1 | Ref. #   SO# 12200<br>AWB #   TBD |
|---|---|
| **SHIP FROM:** | **SHIP TO:** |
| Cytori Ltd.<br>Deeside Industrial Park East<br>Unit 68, Third Avenue<br>Deeside, CH5 2LA<br>United Kingdom<br>Tel: +44 1244 350 425<br>EORI# GB22894138800 | Lorem Vascular<br>11A, 5/F China Life Tower<br>No. 16 Chaowai Street<br>Chaoyang District<br>Beijing, 10020 China<br>Tel: +86 133 3106 9096 |

| Country of Export: | UK |
|---|---|
| Country of Destination: | China |
| Currency: | US Dollar |

| Pkg. Qty. | Type of Package | Weight | Qty. | Commodity Description | Value |
|---|---|---|---|---|---|
| 2 | Pallet, 53 x 43 x 61" | 262 kg<br>(131kg ea) | 84 | Celution 805IV, Consumable Set (0815-10)<br>42 per pallet<br>Lot# 7106307, Exp. 2021-01<br>HTS# 9018.90.8000 | $  46,200.00<br>($550 Ea) |
|  |  | Total | 84 |  | Total $  46,200.00 |

## COMMENTS:

WORLD HEADQUATERS

Cytori Therapeutics, Inc. 3020 Callan Road

San Diego, CA 92121, USA

Tel. +1.858.458.0900 / Fax +1.858.458.0994 / cytori.com

CORP-186-DIG-1111-A

Cytori and the Cytori Logo are trademarks or registered trademarks of Cytori Theapeutics,

Inc. in the United States and other select countries

© 2011 Cytori Therapeutics, Inc. All rights reserved

 **Packing List**

| March 20, 2019 | Ref. #   SO# 12200 |
|---|---|
| Page 1 of 1 | AWB #   TBD |

| SHIP FROM: | SHIP TO: |
|---|---|
| Cytori Ltd.<br>Deeside Industrial Park East<br>Unit 68, Third Avenue<br>Deeside, CH5 2LA<br>United Kingdom<br>Tel: +44 1244 350 425 | Lorem Vascular<br>11A, 5/F China Life Tower<br>No. 16 Chaowai Street<br>Chaoyang District<br>Beijing, 10020 China<br>Tel: +86 133 3106 9096 |

| | |
|---|---|
| Country of Export: | UK |
| Country of Destination: | China |
| Currency: | US Dollar |

| Pkg. Qty. | Type of Package | Weight | Qty. | Commodity Description |
|---|---|---|---|---|
| 2 | Pallet, 53 x 43 x 61" | 262 kg | 84 | Celution 805IV, Consumable Set (0815-10)<br>42 per pallet<br>Lot# 7106307, Exp. 2021-01<br>HTS# 9018.90.8000 |

**COMMENTS:**

WORLD HEADQUATERS
Cytori Therapeutics, Inc. 3020 Callan Road
San Diego, CA 92121, USA
Tel. +1.858.458.0900 / Fax +1.858.458.0994 / cytori.com

CORP-186-DIG-1111-A
Cytori and the Cytori Logo are trademarks or registered trademarks of Cytori Theapeutics,
Inc. in the United States and other select countries
© 2011 Cytori Therapeutics, Inc. All rights reserved

Exhibit B - Page 32

# Cytori Therapeutics Inc.

# Proforma-Invoice

No.:    12200-2
Date:   26.03.2019

Ship to: Lorem Vascular
Att: Kian Thiam Lim
11A, 5/F China Life Tower
tel. +8618516853289
No. 16 Chaowai Street

CN-100020 BEIJING / China

Bill to:  Lorem Vascular
Att: Kian Thiam Lim
11A, 5/F China Life Tower
tel. +8618516853289
No. 16 Chaowai Street
CN-100020 BEIJING / China

Ship from: **Cytori Therapeutics**
c/o FICHTNER Medizintechnik
Aarstr. 2-2a
65329 Hohenstein / Germany
Tel. +49 (0) 6120-92511

we deliver in behalf of Cytori Therapeutics, Inc.
3020 Callan Road, San Diego, CA 92121, USA
Cytori German VAT-ID: DE259476177

| Your order from: 11.03.2019 | mode of despatch: Airfreight | Sales Order #.: 12200 |
|---|---|---|
| Customer-No. :  00-D741 | Terms: EXW Hohenstein / Germany | Currency: USD |
| Customer P.O.:  n/a | HAWB-No.: | page : 1 |

| Pos | Part-No | Description | Unit | Quantity | Price per unit | Total Price |
|---|---|---|---|---|---|---|
| 1 | 1553700 | Celase 35mg, LV, China,<br>LOT# 7106308 EXP: 2020-06<br>Tariff Code: 3507.90.90<br>***Cold Items (835 Celase, 35mg) must be refrigerated upon<br>arrival – See label for temperature requirements*** | vial | 84,00 | 250,00 | 21.000,00 |

| | | |
|---|---|---|
| Subtotal : | 21.000,00 |
| **Total ammount** | **21.000,00** |

**EU-Office**
Cytori Ltd.
Deeside Industrial Park East
Unit 68, Third Avenue
Deeside, Flintshire, CH5 2LA, United Kingdom

Tel.+44.1244.360426

**WORLD HEADQUARTERS**
Cytori Therapeutics Inc., 3020 Callan Road
San Diego, CA92121, USA
Tel. +1.858.458.0900 / Fax: +1.858.458.0994 / Cytori.com

CORP-185-DIG-1111-A
Cytori and the Cytori Logo are trademarks or registered trademarks of Cytori
Therapeutics Inc. in the United States and other select countries.,

Exhibit B - Page 33

# Exhibit C



12 January 2018

Terrie Heidemann

**Cytori Ltd**.

Deeside Industrial Park East Unit 68
Third Avenue
Deeside
CH5 2LA
United Kingdom

Our ref: <u>Suspension of CE 619294 & CE 622786</u>

Dear Terrie,

As previously discussed BSI has been notified about suspension of operations at the Cytori Ltd. Deeside location with no certain restart date at this point and as a result we were unable to successfully conduct the continuous surveillance audit and micro audits which were due in 2017. Therefore, CE 619294 & CE 622786 certificates of Cytori LTD are agreed to be suspended at this point.

As a result of the suspension you will no longer be permitted to place the CE Mark on products covered by these certification as of 09 January 2018.

Under our designation as a Notified Body, we are obligated to advise our Competent Authority of any suspensions, cancellations or refusals and accordingly a suspension notice will be forwarded to the Competent Authority and the European Database on Medical Devices (EUDAMED).

This suspension will be in place for a maximum of 6 months until Date.

In order for the suspension to be lifted the following actions must be completed successfully. If we are unable to comply with the required actions within the mentioned period, your certificate will be cancelled and a new application will have to be lodged.

- Continuous Surveillance Visit
- Micro Surveillance Audit

During the period of suspension of your organization's certification the annual certification fee levied by BSI must continue to be paid and the audit schedule must be maintained. Any advertising or promotional material that promotes or advertises the fact that your organization is certified must be withdrawn and no longer used. Please ensure that all copies of certificates and scopes of certification are removed from areas of public display; and cease to use the certification mark on stationery and other documents that are circulated to existing and potential clients, or in the public domain.

Should you have any queries concerning these formalities, or if we can be of further assistance to you, please contact your Scheme Manager, Farah Khan (farah.khan@bsigroup.com).

Best regards,

Stewart Brain

Head of Compliance and Risk
Global Regulatory Compliance

...making excellence a habit.

Exhibit C - Page 34

# Exhibit D



03 August 2018


Terrie Heidemann
**Cytori Ltd.**
Deeside Industrial Park East Unit 68
Third Avenue
Deeside
CH5.2LA
United Kingdom

Our ref: Cancellation of Cytori LTD Certificates, CE 619294 & CE 622786

Dear Terrie,

Thank you for notifying BSI of the Senior Management decision of Cytori LTD. to cancel the above CE
certificates for Cytori LTD. held with BSI. We have now processed your cancellation.


As a result of the cancellation process you will no longer be permitted to place the CE Mark on products
covered by these certificates as of 03 August 2018.


Under our designation as a Notified Body, we are obligated to advise our Competent Authority of any
suspensions, cancellations or refusals and accordingly a cancellation notice will be forwarded to the
Competent Authority and the European Database on Medical Devices (EUDAMED).

You must also remove all reference to the CE Marking with our Notified Body number from letterheads,
brochures, advertising material, documentation etc. for devices covered by the certificate.

Thank you for continuing to use BSI for the certification of Cytori Therapeutics, Inc.

Should you have any queries concerning these formalities, or if we can be of further assistance to you,
please contact me, your Scheme Manager, Farah Khann at farah.khan@bsigroup.com.


Kind regards,

PP

**Farah Khan**

Technical Specialist & Scheme Manager, General Device
Medical Devcies
BSI Group America Inc.
T: +1 571 446 9920
E: Farah.Khan@bsigroup.com


The contents of this document are confidential to BSI Group
The definitive version of this document is only available through the BSI BMS

making excellence a habit™
of 1

# Exhibit E

8-K 1 cytx-8k_20190304.htm 8-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# Form 8-K

**Current Report**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  **March 4, 2019**

# CYTORI THERAPEUTICS, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **001-34375** | **33-0827593** |
|:---:|:---:|:---:|
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**3020 Callan Road, San Diego, California 92121**
(Address of principal executive offices, with zip code)

**(858) 458-0900**
(Registrant's telephone number, including area code)

**n/a**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐     Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐     Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐     Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐     Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

Exhibit E - Page 36

**Item 1.01.  Entry into Material Definitive Agreement.**

        On March 4, 2019, Cytori Therapeutics, Inc. (the "Company") entered into an amendment, effective as of February 28, 2019 (the "Amendment"), to its existing Loan and Security Agreement, dated May 29, 2015, as amended (the "Loan Agreement"), with Oxford Finance LLC ("Oxford"), as collateral agent, and the lenders party thereto, including Oxford (the "Lenders"), pursuant to which, among other things, Oxford and the Lenders agreed to extend requirements that the Company achieve one of the following by March 29, 2019: enter into an asset sale agreement with a minimum unrestricted net cash proceeds to the Company of $4.0 million; enter into a binding agreement for the issuance and sale of its equity securities or unsecured convertible subordinated debt which would result in umestricted gross cash proceeds of not less than $7.5 million; or enter into a merger agreement pursuant to which the obligations under the Loan Agreement would be paid down to a level satisfactory to Oxford and the Lenders.

        The foregoing description of the Amendment does not purport to be complete and is qualified in its entirety by reference to the full text of the Amendment, which will be filed as an exhibit to the Company's Annual Report on Form 10-K for the year ended December 31, 2018.

---

Exhibit E - Page 37

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CYTORI THERAPEUTICS, INC.**

Date:  March 5, 2019

By: /s/ Tiago Girao
Tiago Girao
Chief Financial Officer and SVP of Operations

Exhibit E - Page 38