# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 21-00885-UNA

**JURY TRIAL DEMANDED**

## LOREM VASCULAR, PTE. LTD.'S CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Plaintiff Lorem Vascular, Pte. Ltd. ("Lorem"), by and through its counsel, hereby certifies that Lorem has no corporate parent and there is no publicly-held corporation that owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

Dated: June 22, 2021
7242542

*Attorneys for Plaintiff*