## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, PTE. LTD., a Singapore company,<br><br>    Plaintiff,<br>v.<br><br>PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>    Defendants. | )<br>)<br>)<br>) C.A. No. 21-885-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Defendant Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc. to move, answer, or otherwise respond to the Complaint, D.I. 1, is extended through and including August 12, 2021.

| | |
|---|---|
| */s/ Philip A. Rovner* | */s/ Kelly E. Farnan* |
| Philip A. Rovner (#3215) | Kelly E. Farnan (#4395) |
| Jonathan A. Choa (#5319) | Dorronda R. Bordley (#6642) |
| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1313 N. Market Street, 6th Floor | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 651-7700 |
| provner@potteranderson.com | farnan@rlf.com |
| jchoa@potteranderson.com | bordley@rlf.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Lorem Vascular, Pte. Ltd.* | *Plus Therapeutics, Inc. f/k/a* |
| | *Cytori Therapeutics, Inc.* |

Dated: July 6, 2021

  SO ORDERED this _____ day of _____, 2021.

                  _____
                  UNITED STATES DISTRICT JUDGE