# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, PTE. LTD., | ) |
| Plaintiff, | ) C.A. No. 21-885-MN |
| v. | ) |
| PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation, and DOES 1 through 30, inclusive, | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admissions *pro hac vice* of John T. Ryan and David F. Kowalski of Latham & Watkin LLP, 12670 High Bluff Drive, San Diego, California 92130 to represent Defendant Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc. in this matter.

  /s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Dorronda R. Bordley (#6642)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
bordley@rlf.com

*Attorneys for Defendant Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc.*

Dated: July 7, 2021

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ John T. Ryan*
John T. Ryan
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
jake.ryan@lw.com

Dated:  July 7, 2021

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

>
> */s/ David F. Kowalski*
> David F. Kowalski
> LATHAM & WATKINS LLP
> 12670 High Bluff Drive
> San Diego, CA 92130
> david.kowalski@lw.com

Dated:  July 7, 2021