# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, <br><br> Plaintiff, <br><br> v. <br><br> PLUS THERAPEUTICS, INC., f/k/a CYTORI THERAPEUTICS, INC., a Delaware Corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-885-MN |

## PLUS THERAPEUTICS, INC.'S MOTION TO DISMISS

Defendant Plus Therapeutics, Inc. ("Defendant") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint asserted by Lorem Vascular, Pte. Ltd. The grounds for this motion are set forth in Defendant's opening brief, as well as Defendant's Request for Judicial Notice and the exhibits thereto.

OF COUNSEL:

John. T. Ryan
David F. Kowalski
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
Jake.Ryan@lw.com
David.Kowalski@lw.com

Nicole Valco
Latham & Watkins LLP
505 Montgomery Street, Suite 200
San Francisco, CA 94111
(415) 391-0600
Nicole.Valco@lw.com

Dated: August 12, 2021

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Dorronda R. Bordley (#6642)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
bordley@rlf.com

*Attorneys for Defendant Plus Therapeutics, Inc.*