## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company,        )<br>)<br>)  C.A. No. 21-885-MN<br>Plaintiff,            )<br>)<br>v.              )<br>)<br>PLUS THERAPEUTICS, INC., f/k/a CYTORI    )<br>THERAPEUTICS, INC., a Delaware Corporation; )<br>and DOES 1 through 30, inclusive,        )<br>)<br>Defendants.           ) | |

### [PROPOSED] ORDER

On this _____ day of _____, 2021, having considered Plus Therapeutics, Inc.'s Motion to Dismiss Plaintiff's Complaint, and all papers filed in connection therewith;

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED:**

Dated:_____       _____
                                     United States District Judge