**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company,<br><br>Plaintiff,<br><br>v.<br><br>PLUS THERAPEUTICS, INC., f/k/a CYTORI THERAPEUTICS, INC., a Delaware Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | C.A. No. 21-885-MN |

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT PLUS THERAPEUTICS, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1, Defendant states that Plus Therapeutics, Inc., f/k/a Cytori Therapeutics, Inc., a Delaware Corporation, is a publicly traded company with no parent corporation and no publicly traded company owning more than 10% of its stock.

| | |
|---|---|
| OF COUNSEL:<br><br>John. T. Ryan<br>David F. Kowalski<br>Latham & Watkins LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400<br>Jake.Ryan@lw.com<br>David.Kowalski@lw.com<br><br>Nicole Valco<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 200<br>San Francisco, CA 94111<br>(415) 391-0600<br>Nicole.Valco@lw.com | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Dorronda R. Bordley (#6642)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>bordley@rlf.com<br><br>*Attorneys for Defendant Plus Therapeutics, Inc.* |

Dated:  August 12, 2021