**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LOREM VASCULAR, Ptd. Ltd., a Singapore Company, | ) | |
| | ) | |
| | ) | C.A. No. 21-885-MN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PLUS THERAPEUTICS, INC., f/k/a CYTORI | ) | |
| THERAPEUTICS, INC., a Delaware Corporation; | ) | |
| and DOES 1 through 30, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification counsel moves the admission *pro hac vice* of Nicole C. Valco of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111 to represent Defendant Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc. in this matter.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Dorronda R. Bordley (#6642)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
bordley@rlf.com

Dated:  August 13, 2021                    *Attorney for Defendant Plus Therapeutics, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:  _____          _____
                                                                      UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Nicole C. Valco*
Nicole C. Valco
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
nicole.valco@lw.com

Dated:  August 13, 2021