## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, <br><br> Plaintiff, <br><br> v. <br><br> PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 21-00885-MN |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Plaintiff Lorem Vascular, Pte. Ltd. ("Plaintiff") to respond to Defendant Plus Therapeutics, Inc.'s ("Defendant") Motion to Dismiss (D.I. 9) is extended through and including September 9, 2021. The deadline for Defendants' Reply Brief is extended through and including September 30, 2021.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: /s/ *Philip A. Rovner* <br>     Philip A. Rovner (#3215) <br>     Jonathan A. Choa (#5319) <br>     Hercules Plaza <br>     P.O. Box 951 <br>     Wilmington, DE 19899 <br>     (302) 984-6000 <br>     provner@potteranderson.com <br>     jchoa@potteranderson.com <br><br> *Attorneys for Plaintiff* <br> *Lorem Vascular, Pte. Ltd.* <br><br> Dated: August 24, 2021 | By: /s/ *Kelly E. Farnan* <br>     Kelly E. Farnan (#4395) <br>     Dorronda R. Bordley (#6642) <br>     920 N. King Street <br>     Wilmington, DE 19801 <br>     (302) 651-7700 <br>     farnan@rlf.com <br>     bordley@rlf.com <br><br> *Attorneys for Defendant* <br> *Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc.* |

SO ORDERED this_____day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

7345747