IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company,<br><br>        Plaintiff,<br><br>  v.<br><br>PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-00885-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff hereby requests oral argument on Defendant Plus Therapeutics, Inc.'s Motion to Dismiss (D.I. 9).

| | |
|---|---|
| OF COUNSEL:<br><br>Travis J. Anderson<br>James V. Fazio<br>Jenna G. Crawford<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>(858) 720-8900<br><br>Dated:  October 4, 2021<br>7401511 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff* |