# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLUS THERAPEUTICS, INC., f/k/a CYTORI THERAPEUTICS, INC., a Delaware Corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | )<br>)<br>)  C.A. No. 21-885-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendant Plus Therapeutics, Inc., f/k/a Cytori Therapeutics, Inc. requests oral argument on Defendant's Motion to Dismiss Plaintiff's Complaint (D.I. 9). Briefing on the motion is now complete (D.I. 10, D.I. 15, D.I. 16).

| | |
|---|---|
| *Of Counsel*:<br><br>John T. Ryan<br>David F. Kowalski<br>Latham & Watkins LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400<br>Jake.Ryan@lw.com<br>David.Kowalski@lw.com<br><br>Nicole Valco<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 200<br>San Francisco, CA 94111<br>(415) 391-0600<br>Nicole.Valco@lw.com | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Dorronda R. Bordley (#6642)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>bordley@rlf.com<br><br>*Attorneys for Defendant Plus Therapeutics, Inc., f/k/a Cytori Therapeutics, Inc.* |

Dated:  October 4, 2021