**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LOREM VASCULAR, PTE. LTD.,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-885-EJW** |
| | : | |
| **PLUS THERAPEUTICS, INC.** | : | |
| | : | |

# ORDER

The Court having heard oral argument on Defendant's Motion to Dismiss (D.I. 9) on Monday, February 7, 2022, by and through Philip Rovner of Potter Anderson & Corroon, LLP and Travis Anderson of Sheppard, Mullin, Richter & Hampton LLP, for Plaintiff Lorem Vascular, Pte. Ltd., and Kelly Farnan of Richards, Layton & Finger, PA and Nicole Valco of Latham & Watkins LLP, for Defendant Plus Therapeutics, Inc., and the Court having reviewed the Defendant's Motion to Dismiss, and the pleadings and papers on file herein, and good cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Motion to Dismiss (D.I. 9) is **denied**.  The parties are ordered to submit a Joint Letter to the court, no later than **February 17, 2022**, proposing a schedule as to how this case should procced.  A Status Conference will be scheduled **sixty (60) days** following the receipt of the Joint Letter.

/s/ Evan J. Wallach
**Evan J. Wallach**
**Senior United States Circuit Judge**