

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

February 17, 2022

**BY CM/ECF**

The Honorable Evan J. Wallach
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

    Re:    <u>Lorem Vascular Pte. Ltd. v. Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc. et al.</u> D. Del. C.A. No. 21-885-EJW

Dear Judge Wallach:

    Pursuant to the Court's February 7, 2022 Order (D.I. 22), the parties hereby submit this joint letter regarding: (1) the deadline for Defendant Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc. to answer the Complaint; and (2) a proposed case schedule:

| Event | Proposed Deadline |
|---|---|
| Answer | February 24, 2022 |
| Rule 26(f) Conference | March 3, 2022 |
| Rule 26(a)(1) initial disclosures | March 17, 2022 |
| Joint Proposed Protective Order | March 24, 2022 |
| ESI Stipulation | March 31, 2022 |
| Status Conference | April 4, 2022 |
| Fact Discovery Cut-off | October 14, 2022 |
| Opening expert reports for party who has initial burden of proof on subject matter | November 23, 2022 |
| Rebuttal expert reports | January 13, 2023 |
| Expert Discovery Cut-off | February 10, 2023 |

The Honorable Evan J. Wallach
February 17, 2022
Page 2

| Event | Proposed Deadline |
|---|---|
| Pre-Trial Motion Cut-Offs (excluding Motions in Limine) | March 3, 2023 |
| Pretrial Order, Jury Instructions, Voir Dire, Special Verdict forms | TBD |
| Pre-Trial Conference | TBD |
| Trial | TBD |

In addition to the foregoing, Defendant respectfully requests, consistent with typical practice in the District of Delaware, that the Court refer this matter to one of the Magistrate Judges in the District of Delaware for purposes of exploring mediation.  Plaintiff believes this matter can be addressed at the next status conference.

Respectfully,

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Counsel for Plaintiff*

RICHARDS, LAYTON & FINGER, P.A.

By: */s/ Kelly E. Farnan*
    Kelly E. Farnan (#4395)
    One Rodney Square,
    920 North King Street
    Wilmington, Delaware 19801
    (302) 651-7705
    farnan@rlf.com

*Counsel for Defendant*

The Honorable Evan J. Wallach
February 17, 2022
Page 3

OF COUNSEL:

Travis J. Anderson
James V. Fazio
Jenna G. Crawford
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
(858) 720-8900

OF COUNSEL:

John T. Ryan
David F. Kowalski
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

Nicole Valco
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 200
San Francisco, CA 94111
(415) 391-0600