# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, <br><br> Plaintiff, <br><br> v. <br><br> PLUS THERAPEUTICS, INC., f/k/a CYTORI THERAPEUTICS, INC., a Delaware Corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 21-885-EJW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2022, true and correct copies of Defendant Plus Therapeutics, Inc.'s Rule 26(a)(1) Initial Disclosures of were caused to be served on the following counsel as indicated:

| BY ELECTRONIC MAIL | BY ELECTRONIC MAIL |
|---|---|
| Philip A. Rovner | Travis J. Anderson |
| Jonathan A. Choa | James V. Fazio |
| Potter Anderson & Corroon LLP | Jenna G. Crawford |
| Hercules Plaza | Sheppard Mullin Richter & Hampton LLP |
| 1313 North Market Street, 6th Floor | 12275 El Camino Real, Suite 100 |
| Wilmington, DE 1980 | San Diego, CA 92130 |

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Dorronda R. Bordley (#6642)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
bordley@rlf.com
*Attorneys for Defendant Plus Therapeutics, Inc., f/k/a Cytori Therapeutics, Inc.*

*Of Counsel*:
John T. Ryan
David F. Kowalski
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

Nicole Valco
Latham & Watkins LLP
505 Montgomery Street, Suite 200
San Francisco, CA 94111
(415) 391-0600
Dated:  March 17, 2022

RLF1 27015222v.1