IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, <br><br>             Plaintiff, <br><br>      v. <br><br> PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 21-885-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 17, 2022, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF'S FED. R. CIV. P. 26(a)(1)(A) INITIAL DISCLOSURES

## BY EMAIL

Kelly E. Farnan, Esq.
Dorronda R. Bordley, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
bordley@rlf.com

*Counsel for Defendant*
*Plus Therapeutics, Inc. f/k/a Cytori*
*Therapeutics, Inc.*

John T. Ryan, Esq.
David F. Kowalski, Esq.
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
jake.ryan@lw.com
david.kowalski@lw.com

Nicole C. Valco
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
nicole.valco@lw.com

*Co-counsel for Defendant*
*Plus Therapeutics, Inc. f/k/a Cytori*
*Therapeutics, Inc.*

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Travis J. Anderson<br>James V. Fazio<br>Jenna G. Crawford<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>(858) 720-8900<br><br>Dated:  March 18, 2022<br>10077363 | By: */s/ Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Jonathan A. Choa (#5319)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff* |