

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

April 6, 2022

**BY CM/ECF**

The Honorable Evan J. Wallach
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

  Re: Lorem Vascular Pte. Ltd. v. Plus Therapeutics, Inc. f/k/a
     Cytori Therapeutics, Inc. et al. D. Del. C.A. No. 21-885-EJW

Dear Judge Wallach:

  Pursuant to the Court's instruction at the status conference on April 4, 2022, enclosed is a proposed order referring this case to a magistrate judge for mediation. In the meantime, we ask that the Court please review and enter the parties' joint Stipulated Protective Order submitted on March 24, 2022 and ESI Stipulation submitted on March 31, 2022.

              Respectfully,

              */s/ Philip A. Rovner*

              Philip A. Rovner (#3215)

Enclosure
cc: Counsel of Record – by CM/ECF and E-mail