# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

C.A. No. 21-885-EJW

## REFERRAL ORDER

This matter is referred to a magistrate judge to explore the possibility of alternative dispute resolution.

_____
The Honorable Evan J. Wallach