## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, | ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 21-885-EJW

## **REFERRAL ORDER**

This matter is referred to a magistrate judge to explore the possibility of alternative dispute resolution.

/s/ Evan J. Wallach
_____
The Honorable Evan J. Wallach