IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, <br><br> Plaintiff, <br><br> v. <br><br> PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 21-885-EJW ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, prior to 6:00 p.m., on April 20, 2022, the following document was served on the following counsel of record at the addresses and in the manner indicated:

FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
PLUS THERAPEUTICS, INC. PROPOUNDED BY PLAINTIFF
LOREM VASCULAR, PTE. LTD.

## BY EMAIL

| | |
|---|---|
| Kelly E. Farnan, Esq. <br> Dorronda R. Bordley, Esq. <br> RICHARDS, LAYTON & FINGER, P.A. <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> bordley@rlf.com | John T. Ryan, Esq. <br> David F. Kowalski, Esq. <br> LATHAM & WATKINS LLP <br> 12670 High Bluff Drive <br> San Diego, CA 92130 <br> (858) 523-5400 <br> jake.ryan@lw.com <br> david.kowalski@lw.com |

*Counsel for Defendant*
*Plus Therapeutics, Inc. f/k/a Cytori*
*Therapeutics, Inc.*

        Nicole C. Valco
        LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        (415) 391-0600
        nicole.valco@lw.com

        *Co-counsel for Defendant*
        *Plus Therapeutics, Inc. f/k/a Cytori*
        *Therapeutics, Inc.*

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Travis J. Anderson<br>James V. Fazio<br>Jenna G. Crawford<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>(858) 720-8900 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| Dated: April 20, 2022<br>10116277 | *Attorneys for Plaintiff* |