IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOREM VASCULAR, Pte. Ltd., a Singapore Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) C.A. No. 21-00885-EJW |
| PLUS THERAPEUTICS, INC. f/k/a CYTORI THERAPEUTICS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATED ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and subject to the approval and order of the Court, that the above-captioned action is dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
| By: */s/ Philip A. Rovner* <br>　　Philip A. Rovner (#3215) <br>　　Jonathan A. Choa (#5319) <br>　　Hercules Plaza <br>　　P.O. Box 951 <br>　　Wilmington, DE 19899 <br>　　(302) 984-6000 <br>　　provner@potteranderson.com <br>　　jchoa@potteranderson.com <br><br>*Attorneys for Plaintiff* <br>*Lorem Vascular, Pte. Ltd* | By: */s/ Kelly E. Farnan* <br>　　Kelly E. Farnan (#4395) <br>　　Dorronda R. Bordley (#6642) <br>　　920 N. King Street <br>　　Wilmington, DE 19801 <br>　　(302) 651-7700 <br>　　farnan@rlf.com <br>　　bordley@rlf.com <br><br>*Counsel for Defendant* <br>*Plus Therapeutics, Inc. f/k/a Cytori Therapeutics, Inc.* |

Dated:  January 12, 2023

IT IS SO ORDERED this ____ day of _____, 2023.

_____
The Honorable Evan J. Wallach